**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

_____

**ELIZABETH DANIALS-KIRISITS,**

                **Plaintiff,**         06-CV-0367S(Sr)

**v.**

**KIM DELMONT, et al.,**

                **Defendants.**

_____

## DECISION AND ORDER

This case was referred to the undersigned by the Hon. William M. Skretny, pursuant to 28 U.S.C. § 636(b)(1), for all pretrial matters. Dkt. #4.

Plaintiff's motion for permission to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a) is **GRANTED**. Dkt. #2.

Plaintiff's motion to consolidate this action, which alleges additional discriminatory acts subsequent to the filing of her employment discrimination action in 05-CV-800, with the original action is also **GRANTED**. Dkt. #3. The Clerk of the Court is directed to consolidate this action into 05-CV-800 and to close 06-CV-367.

        **SO ORDERED.**

**DATED:**    Buffalo, New York
             June 30, 2006

                                        S/ H. Kenneth Schroeder, Jr.
                                        H. KENNETH SCHROEDER, JR.
                                        United States Magistrate Judge